# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| ACCELERATE DIAGNOSTICS, INC., *et al.*,[1] | ) Case No. 25-10837 (KBO) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

## NOTICE OF (I) CLOSING OF SALE OF ASSETS, (II) AMENDED AND RESTATED ASSET PURCHASE AGREEMENT AND (III) LIST OF PURCHASED CONTRACTS

**PLEASE TAKE NOTICE** that on June 5, 2025, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Order (I) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (II) Authorizing the Debtors' Entry into the Stalking Horse APA, (III) Scheduling an Auction and a Sale Hearing and Approving the Form and Manner of Notice Thereof, (IV) Approving Assumption and Assignment Procedures and (V) Granting Related Relief* [D.I. 143] (the "Bidding Procedures Order"),[2] by which the Court approved procedures to conduct the sale of substantially all of the Debtors' assets (the "Sale") pursuant to section 363 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bidding Procedures Order, the Court approved Indaba Starling, LLC (the "Buyer") as the Stalking Horse Bidder for the Purchased Assets.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Bidding Procedures Order, the Debtors filed the *Notice of Cancellation of Auction and Designation of Successful Bidder* [D.I. 202], identifying the Buyer as the Successful Bidder for the Purchased Assets.

**PLEASE TAKE FURTHER NOTICE** that, on July 14, 2025, the Court entered an order [D.I. 219] (the "Sale Order") approving the Sale of the Purchased Assets pursuant to that certain *Asset Purchase Agreement*, dated as of May 30, 2025, by and among the Purchaser and the Debtors (including all exhibits and schedules, and as may be amended or modified from time to time, the "Asset Purchase Agreement").

**PLEASE TAKE FURTHER NOTICE** that in accordance with the Sale Order, the Debtors and the Buyer have entered into that certain *Amended and Restated Asset Purchase Agreement*, dated as of August 8, 2025 (the "A&R Asset Purchase Agreement"). A true and correct copy of the A&R Asset Purchase Agreement is attached hereto as **Exhibit A**, and a redline

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, are Accelerate Diagnostics, Inc. (2256) and Accelerate Diagnostics Texas, LLC (9947). The Debtors' service address for purposes of these chapter 11 cases is: 3950 South Country Club Road, Suite 470, Tucson, AZ 85714.

[2] All capitalized terms used but not otherwise defined herein shall have the meaning given to them in the Bidding Procedures Order or Asset Purchase Agreement, as applicable.

reflecting the changes between the A&R Asset Purchase Agreement and the Asset Purchase Agreement is attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that the Sale to the Buyer closed on August 8, 2025.

**PLEASE TAKE FURTHER NOTICE** that in accordance with the Bidding Procedures Order, the Sale Order and the A&R Asset Purchase Agreement, attached hereto as **Exhibit C** is the list of Purchased Contracts (as defined in the A&R Asset Purchase Agreement).

**PLEASE TAKE FURTHER NOTICE** that copies of this notice, the Bidding Procedures Order, the Sale Order, and all related exhibits and other documents filed with the Court are available free of charge at the website maintained in these chapter 11 cases at https://cases.stretto.com/AccelerateDiagnostics.

[*Signature Page Follows*]

Dated: August 10, 2025
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Andrew R. Remming*
Andrew R. Remming (No. 5120)
Tamara K. Mann (No. 5643)
Casey B. Sawyer (No. 7260)
1201 N Market Street, 16th Floor
Wilmington, DE 19801
Telephone: (302)-658-9200
Facsimile: (302)-658-3989
Email: aremming@morrisnichols.com
tmann@morrisnichols.com
csawyer@morrisnichols.com

-and-

**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**

Rachel C. Strickland (admitted *pro hac vice*)
Andrew S. Mordkoff (admitted *pro hac vice*)
Erin C. Ryan (admitted pro hac vice)
Cameron J. Cavalier (admitted *pro hac vice*)
One New York Plaza
New York, New York 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000
Email: rachel.strickland@friedfrank.com
andrew.mordkoff@friedfrank.com
erin.ryan@friedfrank.com
cameron.cavalier@friedfrank.com

*Co-Counsel to the Debtors and Debtors in Possession*